MICHELE BECKWITH
Acting United States Attorney
ALSTYN BENNETT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.: 2:24-PO-0177-SCR |
|---|---|
| Plaintiff, | MOTION TO RESET COLLATERAL AND VACATE BENCH TRIAL; [~~PROPOSED~~] ORDER |
| v. | |
| NASIR MAHOOD, | |
| Defendant. | |

On May 25, 2024, the United States Forest Service issued a citation to defendant for a violation of 36 C.F.R. 261.10(d) – Discharge of a Firearm. ECF 1. An initial appearance was scheduled for September 10, 2024. ECF 2. Defendant failed to appear, and the court ordered a forfeitable bench warrant in the amount of $860. ECF 4. Defendant later called the court and rescheduled the initial appearance, which was reset for November 12, 2024. ECF 4. The Court further recalled the bench warrant. ECF 4.

At defendant's initial appearance on November 12, 2024, the government amended the citation to a violation of 36 C.F.R. 261.9(a) – Damaging Any Natural Feature or Other Property of the United States. At a December 3, 2024 status conference, the Court set the case for a bench trial on March 10, 2025. ECF 10. Since that time, the defendant accepted a plea agreement with the government and agreed to pay a fine of $400 and a processing fee of $30. On February 13, 2025, the defendant forfeited the $430 to the Central Violations Bureau. ECF 13.

The United States now moves to reset the collateral in this case to a fine of $400 and a processing fee of $30 for a total of $430. The United States further requests that the Court vacate the March 10, 2025 trial date. Because defendant has already forfeited this amount, the Central Violations Bureau shall reset the amount and close the case.

Dated: February 20, 2025

MICHELE BECKWITH
Acting United States Attorney

By: _____
ALSTYN BENNETT
Assistant United States Attorney

MICHELE BECKWITH
Acting United States Attorney
ALSTYN BENNETT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO: 2:24-PO-0177-SCR |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER |
| v. | |
| NASIR MAHOOD, | |
| Defendant. | |

    IT IS HEREBY ORDERED that the collateral amount be reset to a fine of $400 and processing fee of $30 for a total of $430.

    IT IS FURTHERED ORDERED that the March 10, 2025 bench trial date is vacated.

Dated: February 20, 2025

_____
The Honorable Sean C. Riordan
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER